UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   **NOTICE OF APPEARANCE**

      - against -                                                18 Cr. 609 (RJD)

**ALFRED LOPEZ,**

                              Defendant.
-------------------------------------------------------------------x

       **PLEASE TAKE NOTICE,** that I am admitted to practice in this Court and I appear in this case as counsel for **ALFRED LOPEZ**.

Dated:  Bronx, New York
         June 24, 2019

                                                        Respectfully submitted,

                                                        *Mark S. DeMarco*
                                                        _____
                                                         MARK S. DeMARCO
                                                         Attorney for Defendant
                                                         3867 East Tremont Avenue
                                                         Bronx, New York 10465
                                                         Tel.: (718) 239-7070
                                                         FAX:   (718) 239-2141
                                                         MSDLaw@aol.com