UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-                                     ORDER FOR ACCEPTANCE OF TRIAL CLOTHING

                                                            18-CR-609(RJD)

ALFRED LOPEZ,

Defendant.

-----------------------------------------------------------X

Upon the request of the defendant by his counsel, John Burke & Christopher Wright, of the Law Firm of John Burke it is hereby.

**ORDERED**, that the Bureau of Prisons, Metropolitan Detention Center "MDC," accept the following clothing, and any additional substitute clothing items, for Alfred Lopez, inmate number 91661-053, in advance of his trial scheduled to begin on Tuesday, August 16, 2022 and continue for approximately eight weeks.

1. Two pairs of pants
2. Three dress/ button-down shirts
3. Three undershirts
4. Two sweaters
5. Two ties
6. One pair of dress shoes
7. Three pairs of socks

ORDERED, that the MDC permit Mr. Lopez to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Lopez to Court wearing such clothing on August 16, 2022, and any date thereafter until his trial is concluded.

Dated: Brooklyn, NY

August 11, 2022

SO ORDERED                    s/RJD

The Honorable Raymond J. Dearie